## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KELLY JOHNSON,**

    **Plaintiff,**

**vs.**

Case No: 8:16-cv-03168-MSS-JSS

**KIDS WISH NETWORK, INC.,**

    **Defendant.**

---

### DEFENDANT KIDS WISH NETWORK, INC.'S NOTICE OF SETTLEMENT

Defendant, KIDS WISH NETWORK, INC. ("Defendant"), by and through undersigned counsel, and pursuant to local Rule 3.08 notifies the Court that in the above-styled action, the Parties have settled.

DATED this 9th day of June, 2017.

    Respectfully submitted,

    */s/ Monica Williams Harris*
    Monica Williams Harris
    Florida Bar No. 0566780
    JACKSON LEWIS P.C.
    100 South Ashley Drive
    Suite 2200
    Tampa, Florida  33602
    Telephone:  (813) 512-3210
    Facsimile:   (813) 512-3211
    E-Mail: monica.harris@jacksonlewis.com

    *Counsel for Defendant Kids Wish Network, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2017, I electronically filed the foregoing *Defendant Kids Wish Network, Inc.'s Notice of Settlement* with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for Plaintiff.

/s/Monica Williams Harris
Monica Williams Harris

4818-6839-4314, v. 1